# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA GREISS, | |
|      Plaintiff, | Case No. 2:11-cv-00904-KJD-PAL |
| vs. | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | |
|      Defendant. | |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #5) entered June 3, 2011, regarding removal of this case to federal district court. On June 15, 2011, Defendant filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., July 25, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 11th day of July, 2011.

_____
Peggy A. Leen
United States Magistrate Judge